UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HARRY LEE BOGGS, JR.,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>TROMBAL, *et al.*,<br><br>　　　　Defendants. | Case No.  2:20-cv-01012-KJD-EJY<br><br>**ORDER** |

This is an action filed pursuant to 42 U.S.C. § 1983.  On October 9, 2020, the Court screened Plaintiff's complaint and permitted claims to proceed against Defendants Neokema and Trombal. (ECF No. 11 at 19).  Plaintiff is now required to serve those Defendants with the complaint and the screening order.

Accordingly,

IT IS HEREBY ORDERED that the Clerk of Court **shall issue** summonses for Defendants Neokema and Trombal, **and deliver the same** to the U.S. Marshal for service.  The Clerk also **shall** send sufficient copies of the complaint (ECF No. 12) and the screening order (ECF No. 11) to the U.S. Marshal for service on Defendant(s).

IT IS FURTHER ORDERED that the Clerk **shall** mail to Plaintiff two (2) USM-285 forms. Plaintiff **shall** have **thirty (30) days** within which to return the completed USM-285 forms to the U.S. Marshal's Office with relevant information as to each Defendant on each form.  These forms may be mailed to:

> U.S. Marshal
> Lloyd D. George Federal Courthouse
> 333 Las Vegas Boulevard S.,
> Suite 2058
> Las Vegas, NV 89101

IT IS FURTHER ORDERED that within **twenty-one (21) days** after Plaintiff receives from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying which defendant(s) were served and which

were not served, if any. If Plaintiff wishes to have service attempted again on an unserved defendant(s), Plaintiff must file a motion with the Court identifying the unserved defendant(s) and providing more detailed information regarding the unserved defendant's name and/or address or whether service should be attempted in some other manner.

IT IS FURTHER ORDERED that Plaintiff **must** serve defendant(s) or, if an appearance has been entered by an attorney for served defendants, their attorney(s), a copy of every pleading, motion or other document submitted to the Court for consideration.

If Plaintiff electronically files a document with the Court's electronic-filing system, no certificate of service is required. Fed. R. Civ. P. 5(d)(1)(B); Nev. Loc. R. IC 4-1(b); Nev. Loc. R. 5-1. However, **if Plaintiff mails the document to the Court**, Plaintiff **must** include with the original document submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or defendants' attorney. If an attorney has entered a notice of appearance for any defendant, Plaintiff **must** send service to the attorney named in the notice of appearance at the physical or electronic address stated in the notice.

The Court may disregard any document received by a district judge or magistrate judge which has not been filed with the Clerk, and any document received by a district judge, magistrate judge, or the Clerk which fails to include a certificate showing proper service when required.

Dated this 14th day of October, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE