UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HARRY LEE BOGGS JR, | Case No. 2:20-cv-01012-KJD-EJY |
| Plaintiff, | ORDER |
| v. | |
| TROMBAL, *et al.*, | |
| Defendants. | |

Before the Court for consideration is the Report and Recommendation (#36) of Magistrate Judge Elayna J. Youchah entered January 8, 2021, recommending that Defendant Trombal's Motion to Revoke Plaintiff's *IFP* Status and Dismiss the Case (#31/32) be granted without prejudice allowing Plaintiff to refile the action upon paying the full filing fee of $402.00. The order also recommended that Plaintiff's Writ of Coram Nobis (#20), Plaintiff's Motion for Appointment of Counsel (#33), and Defendant Trombal's Motion to Stay Discovery (#35) be denied as moot. Though the time for doing so has passed, Plaintiff has failed to file objections to the report and recommendation. Plaintiff's Motion to Compel Discovery (#37) and Notice re: Wrong Name (#38) are non-responsive.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Report and Recommendation (#36) of the United States Magistrate Judge entered January 8, 2021, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#36) entered January 8, 2021, are **ADOPTED** and **AFFIRMED**;

IT IS FURTHER ORDERED that Defendant Trombal's Motion to Revoke Plaintiff's *IFP* Status and Dismiss the Case (#31/32) is **GRANTED**;

1    IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED without**
2 **prejudice**;
3    IT IS FURTHER ORDERED that Plaintiff's *in forma pauperis* status is **REVOKED**;
4    IT IS FURTHER ORDERED that Plaintiff may not re-file this action unless he
5 contemporaneously pays the full filing fee;
6    IT IS FURTHER ORDERED that all other outstanding motions are **DENIED as moot**.
7 Dated this 25th day of January, 2021.

_____
Kent J. Dawson
United States District Judge